**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00650-CMA-MJW

GENOS "D.J." WILLIAMS, and
RYAN McBEAN,

    Plaintiffs,

v.

THE NATIONAL FOOTBALL LEAGUE,

    Defendant.

---

**ORDER GRANTING STIPULATION OF DISMISSAL
OF PLAINTIFF RYAN McBEAN**

---

This matter is before the Court on Plaintiff Ryan McBean's and Defendant's Stipulated Motion To Dismiss (Doc. # 53), wherein Plaintiff McBean and Defendant National Football League have agreed to resolve all of the claims asserted by Plaintiff McBean against Defendant National Football League in this action.  The Court has reviewed the Stipulation and ORDERS as follows: It is hereby

ORDERED that Plaintiff McBean's and Defendant's Stipulated Motion to Dismiss is GRANTED, each party to pays his or its own costs and attorneys' fees.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Ryan McBean as a plaintiff in this case.

DATED:  May __02__, 2012

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge