IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00650-CMA-MJW

GENOS "D.J." WILLIAMS
and RYAN McBEAN,

        Plaintiffs,

v.

THE NATIONAL FOOTBALL LEAGUE,

        Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO VACATE AND
RESET SCHEDULING CONFERENCE** ( Docket No 55 )

---

Upon consideration of Defendant National Football League's Unopposed Motion to Vacate and Reset the Scheduling Conference (ECF No. 55), and being fully advised,

It is hereby ORDERED that the Motion is <u>GRANTED</u>. The Scheduling Conference scheduled for June 5, 2012 has been vacated and rescheduled to May 22, 2012 at 9:00 A.M. The proposed scheduling order shall be filed with the Court by May 18, 2012.

Dated this 3rd day of May, 2012.

BY THE COURT

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO